IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Criminal Action No. 07-00189-01-CR-W-SOW

v.

RONNELL R. PREWITT,

        Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGES**: On May 29, 2007, the Grand Jury returned a one count indictment against defendant Ronnell R. Prewitt. The indictment charges that on or about December 5, 2006, defendant Prewitt, having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a firearm, to wit, a Lorcin, Model L9MM, 9mm pistol.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Brent Venneman
    Case Agent: Special Agent Tim Canon of the ATF
    Defense:     Steve Moss

**OUTSTANDING MOTIONS**: The undersigned has prepared a Report and Recommendation (doc. # 39) with respect to the Motion to Suppress Evidence. The District Court's ruling on this motion is pending.

**TRIAL WITNESSES**:
    Government: 7 witnesses with stipulations
    Defendants:   2-3 witnesses, the defendant may testify

**TRIAL EXHIBITS**
    Government: 15 exhibits
    Defendant:   Less than 10 exhibits

**DEFENSES**: General Denial; and lack of knowledge of contraband

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial;   (X) Possibly for trial;   ( ) Likely a plea will be worked out

**TRIAL TIME:   2 days**
    Government's case including jury selection: 1 ½ days
    Defense case: less than ½ day

**STIPULATIONS**: The parties have agreed to stipulations concerning the defendant's prior convictions and the interstate nexus of the firearm.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: Friday before the pretrial conference
    Defense: Friday before the pretrial conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday February 6, 2008**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket commencing February 11, 2008.
    **Please note:** Defense counsel is requesting the second week of the docket as he is scheduled for oral argument the first week of the docket.

**IT IS SO ORDERED.**

                                                        _____/s/_____
                                                            SARAH W. HAYS
                                                       United States Magistrate Judge