IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 07-00189-01-CR-W-SOW |
| RONNELL R. PREWITT, | ) | |
| Defendant. | ) | |

## ORDER

Before this Court is the Report and Recommendation of United States Magistrate Judge Sarah W. Hays regarding defendant Ronnell R. Prewitt's Motion to Suppress Evidence With Suggestions (Doc. # 23). After making a thorough review of the record and applicable law, the Report and Recommendation of the Magistrate Judge in this case is both thorough and well-reasoned. This Court agrees with the recommendation and sees no reason to comment further.

Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Evidence With Suggestions (Doc. # 23) is denied.

        ____/s/ Scott O. Wright_____
        SCOTT O. WRIGHT
        Senior United States District Judge

Dated: __2/8/2008_____